

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00277-CV

Shawna **SILVAS**,
Appellant

v.

Krystyne F. **ALEKSANDER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11352
Honorable Laura Salinas, Judge Presiding

## O R D E R

On January 5, 2014, appellant filed her notice of appeal. On April 22, 2014, the trial court clerk filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court